# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

161267

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                 SC: 161267
                                 COA: 351480
                                 Oakland CC: 2002-186168-FC

JEFFREY ALLEN NYE,
        Defendant-Appellant.

_____/

        By order of October 2, 2020, the prosecuting attorney was directed to answer the application for leave to appeal the March 13, 2020 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals to address: (1) whether the Oakland Circuit Court had statutory authority under MCL 769.1k to issue the September 23, 2015 amended order to remit prisoner funds; and (2) if so, whether setting the amount of attorney fees several years after sentencing violates due process. *People v Jackson*, 483 Mich 271, 292 (2009).

        On remand, while retaining jurisdiction, the Court of Appeals shall remand this case to the Oakland Circuit Court and direct that court to appoint counsel to represent the defendant in the Court of Appeals. We direct the Court of Appeals' attention to the fact that we have also remanded *People v Terry* (Docket No. 161983) to the Court of Appeals for consideration of similar issues.

        We do not retain jurisdiction.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021



Clerk

p0113